UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SHANISE N. MORRIS,                          Case No. 20-CV-0604 (PJS/HB)

       Plaintiff,

v.                                                   ORDER OF DISMISSAL

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on January 21, 2021 [ECF No. 99],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 22, 2021

                                                        s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge